**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**PAUL KAY CORONEL,**                                                     **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.2:05CV-120-P-D**

**SYLVESTER WALKER, ET AL,**                                    **DEFENDANTS**

## <u>ORDER DENYING HEARINGS</u>

The *pro se* plaintiff in this § 1983 conditions of confinement case has moved for an "Order Calendaring Plaintiff's Application for Injunctive Relief" (docket entry 9) and an "Order Calendaring Hearing on Plaintiff's court Motion for Summary Judgment" (docket entry 28). The court will schedule any hearings it deems advisable without motion by the parties. Accordingly, both motions are **denied**.

**SO ORDERED**, this the 23rd day of February, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE