**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**PAUL KAY CORONEL**                                                                        **PLAINTIFF**

**v.**          **No. 2:05CV-120-P-D**

**SYLVESTER WALKER, et al**          **DEFENDANTS**

**ORDER DENYING MOTIONS**

The court has considered the plaintiff's motion for reconsideration of the order on the motion for extension of time (Doc. 68) and the motion to strike the supplemental motion for summary judgment (Doc. 73). The motions are not well taken and are hereby **DENIED**.

SO ORDERED this the 5th day of May, 2006.

                                                          /s/ W. Allen Pepper, Jr.
                                                          W. ALLEN PEPPER, JR.
                                                          UNITED STATES DISTRICT JUDGE