**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**PAUL KAY CORONEL**                                                                      **PLAINTIFF**

**v.**                                              **No. 2:05CV120-P-D**

**SYLVESTER WALKER, ET AL., ET AL.**                                     **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated September 14, 2006, was on that date duly served by mail upon the *pro se* plaintiff at his last known address; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 14, 2006, is hereby approved and adopted as the opinion of the court.

2. That the motion by the defendants for summary judgment [31-1] is hereby **GRANTED**.

3. That the motion by the plaintiff for summary judgment [16-1] is hereby **DENIED.**

4. That judgment shall be entered for the defendants.

5. That in light of this ruling, all motions currently pending in this case are hereby **DISMISSED** as moot.

6.     That this case is hereby **CLOSED**.

THIS, the 26th day of September, 2006.


                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE