**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**PAUL KAY CORONEL**                                                                     **PLAINTIFF**

**v.**                                                             **No. 2:05CV120-P-D**

**SYLVESTER WALKER, ET AL., ET AL.**                                **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated September 14, 2006, and the September 27, 2006, objections to the Report and Recommendation, the court finds that the plaintiff's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.

It is, therefore, **ORDERED:**

1. That the court's September 26, 2006, final judgment is hereby **RESCINDED.**

2. That the Report and Recommendation of the United States Magistrate Judge dated September 14, 2006, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

3. That the motion by the defendants for summary judgment is hereby **GRANTED**.

4. That the motion by the plaintiff for summary judgment is hereby **DENIED.**

5. That judgment shall be **ENTERED** for the defendants.

6. That in light of this ruling, all motions currently pending in this case are hereby **DISMISSED** as moot.

7. That this case is hereby **CLOSED**.

THIS, the 2nd day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE